UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION
Civil Action No.: 7:25-cv-11428-BHH

| | | |
|---|---|---|
| GREAT WEST CASUALTY COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **VOLUNTARY DISMISSAL WITHOUT** |
| | ) | **PREJUDICE** |
| HUDSON INSURANCE COMPANY, O & | ) | |
| I TRANSPORT LLC, JASON | ) | |
| CAMPBELL, RINGWOOD BROTHERS | ) | |
| LLC AND KENNETH CUMMINGS, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff, Great West Casualty Company, voluntarily dismisses this action, without prejudice,

pursuant to FRCP 41(a)(1)(A)(i).

**TEAGUE CAMPBELL DENNIS & GORHAM, LLP**

BY:  */s/ Peter H. Dworjanyn*
Peter H. Dworjanyn
Federal Bar No. 6289
1901 Main Street
18th Floor - #3031
Columbia, SC, 29201
pdworjanyn@teaguecampbell.com
*Attorney for Plaintiff*

November 21, 2025